No. 96–1347.  VICKERY v. JONES ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 96–1352.  WILLOUGHBY v. POTOMAC ELECTRIC POWER CO. C. A. D. C. Cir.  Certiorari denied.

No. 96–1364.  SHEA & GOULD ET AL. v. DURKIN, TRUSTEE OF THE BENCHMARK IRREVOCABLE TRUST.  C. A. 9th Cir.  Certiorari denied.

No. 96–1367.  TAYLOR EQUIPMENT, INC., DBA MIDCON EQUIPMENT CO. v. JOHN DEERE CO. ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 96–1371.  LEWIS ET AL. v. IOWA DISTRICT COURT FOR DES MOINES COUNTY.  Sup. Ct. Iowa.  Certiorari denied.

No. 96–1382.  CONNELL ET AL. v. DOUGLASS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–1384.  MURPHY, COOK COUNTY PUBLIC GUARDIAN, AS GUARDIAN OF THE ESTATE AND PERSON OF WELLMAN, DECEASED v. YOUNG, INTERESTED PERSON AND EXECUTOR OF THE ESTATE OF WELLMAN, DECEASED.  Sup. Ct. Ill.  Certiorari denied.

No. 96–1386.  LICHTMAN v. LICHTMAN ET AL.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 96–1391.  BLOUIN v. KAISER ALUMINUM & CHEMICAL CORP.  C. A. 5th Cir.  Certiorari denied.

No. 96–1396.  NESSON v. NESSON.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 96–1408.  BURICK v. BROWARD COUNTY, FLORIDA, ET AL. Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 96–1411.  UNITED COMPANIES LENDING CORP. v. MCGEHEE ET UX.  Sup. Ct. Ala.  Certiorari denied.